IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS SPRINGS,

    Plaintiff,

v.                                                           CASE NO. 3:17-cv-400-LC-GRJ

ELIZABETH M TIMOTHY, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 8, 2017 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Leave to proceed as a pauper, ECF Nos. 1, 3, is **DENIED** and the

Complaint/Emergency Motion, ECF No. 4, is **DISMISSED** for failure to state a cognizable claim and pursuant to 28 U.S.C § 1915(g) three-strikes bar**.**

**DONE AND ORDERED** this 8th day of September, 2017.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**